PODLEWSKI, Respondent, v. GOLLIEK & SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Joseph Podlewski against Golliek & Smith. No opinion. Order affirmed, with $10 costs and disbursements.

POLAND et al., Appellants, v. HOLLANDER et al., Respondents. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Arthur Poland and another against Ellen L. R. Hollander and another. F. C. Avery, for appellants. J. A. Thompson, for respondents. No opinion. Order modified, by requiring that the security to be given by plaintiff be for the benefit of both defendants, and, as modified, affirmed, without costs. Settle order on notice.

POPE et al., Respondents, v. GILMER BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Chas. H. Pope and others against the Gilmer Bros. Company. W. E. Deane, for appellant. M. Ash, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POST, Appellant, v. KERWIN, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Alfred Post against Andrew J. Kerwin, Jr. No opinion. Motion granted, with $10 costs, unless within 40 days the appellant make and file the case, in which case the motion is denied.

PRESKY v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department, October 30, 1908.) Action by Francis C. Presky against the city of New York. No opinion. Motion granted, with $10 costs. Order filed.

PRETSCHER, Respondent, v. BELLOFF et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Katharina Pretscher against Conrad Belloff and another. No opinion. Controversy dismissed, without costs to either party.

In re PUBLIC PARKS. In re SEIDLER. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter of public parks. In the matter of Seidler. No opinions. Reference ordered. Settle order on notice.

PULLMAN v. PULLMAN. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Gussie Pullman against Max M. Pullman. No opinion. Motion granted, with $10 costs. Order filed.

PUNSKY, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Theodore Punsky against the city of New York. No opinion. Motion denied.

RAFTER, Respondent, v. ABBOTT PRESS, Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Adolphe Rafter against the Abbott Press. No opinion. Judgment of the Municipal Court affirmed, with costs.

RANDALL, Appellant, v. SCHULTZ et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Harry Randall against Hugo C. Schultz and Charles E. Teale, public administrators of Kings county, as administrators with the will annexed of the goods, chattels, and credits left unadministered of Minna Schultz, deceased, and another. No opinion. Motion denied, on condition that the appellant perfect his appeal within 15 days, and place the cause on the calendar; otherwise, motion granted, with $10 costs.

REESE, Appellant, v. BEEVER et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. September 30, 1908.) Action by James Reese against Ida M. Beever and others. No opinion. Judgment affirmed, with costs.

In re REILLY. (Supreme Court, Appellate Division, First Department. October 23, 1908.) In the matter of Robert B. Reilly, deceased. No opinion. Decree affirmed, with costs. Order filed.

RENWICK v. RENWICK. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Eleanor Renwick against Harold S. Renwick. No opinion. Motion granted, with $10 costs. Order filed.

REYNOLDS, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Kathleen Reynolds, as administratrix, etc., against the Erie Railroad Company. No opinion. Judgment and order affirmed, with costs.

RHEIN, Respondent, v. RICHMOND LIGHT & R. Co., Appellant. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Christian H. Rhein against the Richmond Light & Railroad Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

RICH, Appellant, v. PENNSYLVANIA R. Co., Respondent. (Supreme Court, Appellate Division, Fourth Department. October 14, 1908.) Action by Frank Rich against the Pennsylvania Railroad Company.

PER CURIAM. Judgment reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the case should have been submitted to the jury. See same case reported in 112 App. Div. 818, 98 N. Y. Supp. 678.

KRUSE, J., dissents.

RIESER, Respondent, v. PATI et al., Appellants. (Supreme Court, Appellate Division, First Department. October 23, 1908.) Action by Ely J. Rieser against Pasquale Pati and others. W.

G. Morse, for appellants. P. Armitage, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

RIESTERER, Respondent, v. SCHNELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 7, 1908.) Action by Lida Riesterer against Edward J. Schnell. No opinion. Judgment and order affirmed, with costs.

RIMOLDI v. HUDSON GUILD. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Pauline Rimoldi against the Hudson Guild. No opinion. Application granted. Order signed. See, also, 59 Misc. Rep. 480, 110 N. Y. Supp. 881.

RITTER, Respondent, v. GRAND LODGE, UNITED WORKMEN, Appellant. (Supreme Court, Appellate Division, First Department. November 6, 1908.) Action by Amelia Ritter against the Grand Lodge, United Workmen. H. F. Lippold, for appellant. W. Brunner, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

In re ROGERS. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) In the matter of the application of John J. A. Rogers for a writ of mandamus against Hon. John J. Walsh, as a justice of the Municipal Court of the city of New York, borough of Brooklyn, and John W. Carpenter, as clerk of the Third District Municipal Court of the city of New York in the borough of Brooklyn. No opinion. Motion denied.

RONERO, Respondent, v. BROOKLYN RAPID TRANSIT CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by Joseph Ronero against the Brooklyn Rapid Transit Company and another. No opinion. Order affirmed, with $10 costs and disbursements.

ROSE v. KESHIN, BLITSTEIN & CO. (Supreme Court, Appellate Division, Second Department. October 22, 1908.) Action by John J. Rose against Keshin, Blitstein & Co. No opinion. Exceptions overruled, and judgment directed for defendants, with costs.

ROSEN, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Jake Rosen against Louis Cohen and another. No opinion. Motion to dismiss appeal granted, with $10 costs.

ROSENDALE, Appellant, v. OCEAN ACCIDENT & GUARANTEE CORPORATION, Limited, Respondent. (Supreme Court, Appellate Division, Fourth Department. November 11, 1908.) Action by Jacob W. Rosendale against the Ocean Accident & Guarantee Corporation, Limited. No opinion. Judgment affirmed, with costs.

ROSENBERG, Appellant, v. CHAIMOWITZ, Respondent. (Supreme Court, Appellate Division, Second Department. October 9, 1908.)

Action by Jacob Rosenberg against Harry Chaimowitz. No opinion. Motion denied.

ROURKE, Respondent, v. RUTZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Lillian V. Rourke against Peter J. Rutz and another. No opinion. Judgment affirmed, with costs.

RUTHERFORD REALTY CO. v. COOK. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by the Rutherford Realty Company against Willet F. Cook. No opinion. Motion granted, with $10 costs. Order filed.

SAND v. WHITE et al. (Supreme Court, Appellate Division, First Department. October 16, 1908.) Action by Frances H. Sand against Stephen V. White and another. No opinion. Motion dismissed, with $10 costs. Settle order on notice.

SANFORD, Respondent, v. RHOADS et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 16, 1908.) Action by Henry G. Sanford, as administrator, etc., of Robert Sanford, deceased, against Benjamin T. Rhoads, Jr., and others. No opinion. Motion denied.

SCHAUD, Respondent, v. RENNER, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 17, 1908.) Action by Emilie Schaud against William Scott Renner. No opinion. Interlocutory judgment affirmed, with costs, with leave to the defendant to plead over upon payment of the costs of the demurrer and of this appeal.

SCHEY v. SCHEY. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Martha W. Schey against Bertha Schey. No opinion, motion granted, and questions certified. Order filed.

SCHLEGEL et al., Appellants, v. ROMAN CATHOLIC CHURCH OF MOST HOLY TRINITY, IN MONTROSE AVE., BROOKLYN, et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 9, 1908.) Action by Joseph Schlegel and others against the Roman Catholic Church of the Most Holy Trinity, in Montrose Avenue, Brooklyn, and others. No opinion. Motion granted. Settle question before Mr. Justice Miller. See, also, 124 App. Div. 502, 108 N. Y. Supp. 955.

SCHMEIDLER v. COWAN et al. (Supreme Court, Appellate Division, First Department. October 30, 1908.) Action by Bernhard Schmeidler against Chas. A. Cowan, impleaded with the city of New York. No opinion. Motion to dismiss appeal granted, so far as concerns the city of New York. Settle order on notice.

In re SCHOOL SITE. In re TUTTLE. (Supreme Court, Appellate Division, First Department. October 16, 1908.) In the matter